10/23/2008 14:06 FAX 415 433 7104    ROSEN BIEN GALVAN    ☒003

Case 1:13-ce-31082-SEB-DKI Document 184 Filed 10/28/2024/2008 Page 1 of 4 PageID #: 2043    +510 835 6666    T-016  P.003/006  F-164

| | |
|---|---|
| 1 | Sanford Jay Rosen, State Bar No. 62566 |
| 2 | Maria V. Morris, State Bar No. 223903 |
|   | Lori E. Rifkin, State Bar No. 244081 |
| 3 | ROSEN, BIEN & GALVAN, LLP |
|   | 315 Montgomery Street, Tenth Floor |
| 4 | San Francisco, CA 94104 |
|   | Telephone: (415) 433-6830 |
| 5 | Facsimile: (415) 433-7104 |
| 6 | Attorneys for Plaintiffs |
| 7 | (Additional Counsel for Plaintiffs on the following page) |

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

CLAUDE BRYANT, et al.,
On behalf of themselves and all employees similarly situated,

Plaintiffs,

v.

SERVICE CORPORATION INTERNATIONAL, et al.,

Defendants.

WILLIAM HELM, et al. On behalf of themselves and all employees similarly situated,

Plaintiffs,

v.

ALDERWOODS GROUP, INC., et al.

Defendants.

Case Nos. C 08-1190-SI, C 08-1184-SI

STIPULATION OF SUBSTITUTION OF COUNSEL FOR PLAINTIFFS AND NOTICE OF APPEARANCE OF NEW COUNSEL

PLEASE TAKE NOTICE that Plaintiffs in both of the above-referenced matters hereby substitute one of their counsel and attorneys of record as in this matter as follows:

Former Counsel:    Rosen, Bien and Galvan, LLP

STIP OF SUBSTITUTION OF COUNSEL FOR PLTF AND NOT OF APP OF NEW COUNSEL    1    Case Nos. C 08-1190-SI, C 08-1184-SI

| | |
|---|---|
| 1 | Sanford Jay Rosen |
|   | Maria V. Morris |
|   | Lori E. Rifkin |
| 2 | 315 Montgomery Street, Tenth Floor |
|   | San Francisco, CA 94104 |
| 3 | (415) 433-6830 |

4  New Counsel:    Burnham Brown
                   Robert M. Bodzin
5                  P.O. Box 119
                   Oakland, California 94604-0119
6                  (510) 444-6800

7   PLEASE TAKE FURTHER NOTICE that the firms of DOLIN, THOMAS & SOLOMON

8   LLP and MARGOLIS EDELSTEIN remain as counsel of record for Plaintiffs

10  DATED: October 23, 2008         ROSEN, BIEN & GALVAN, LLP

12                                  By _____
                                    Sanford Jay Rosen, State Bar No. 62566
13                                  Maria V. Morris, State Bar No. 223903
                                    Lori E. Rifkin, State Bar No. 244081

15                                  315 Montgomery Street, Tenth Floor
                                    San Francisco, CA 94104
16                                  Telephone: (415) 433-6830

17  DATED: October 23, 2008         BURNHAM BROWN

19                                  By _____
                                    Robert M. Bodzin, State Bar No. 201327
20                                  P.O. Box 119
                                    Oakland, CA 94604-0119
21                                  Telephone: (510) 444-6800

STIP OF SUBSTITUTION OF COUNSEL FOR    2    Case Nos. C 08-1190-SI, C 08-1184-SI
PLTF AND NOT OF APP OF NEW COUNSEL.

1 | Additional Counsel for Plaintiffs

2 | J. Nelson Thomas, NY Attorney No. 2579159
Patrick J. Solomon, NY Attorney No. 2716660
3 | Annette Gifford, NY Attorney No. 4105870
DOLIN, THOMAS & SOLOMON LLP
4 | 693 East Avenue
Rochester, NY 14607
5 | Telephone: (585) 272-0540
Facsimile: (585) 272-0574
6
Charles H. Saul, PA State Bar No. 19938
7 | MARGOLIS EDELSTEIN
525 William Penn Place, Suite 3300
8 | Pittsburgh, PA 15219
Telephone: (412) 281-4256
9 | Facsimile: (412) 642-2380

1  PURSUANT TO STIPULATION
   IT IS SO ORDERED
2

3  DATED: October ___, 2008

   _____
4  HONORABLE SUSAN ILLSTON
   UNITED STATES DISTRICT COURT

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIP OF SUBSTITUTION OF COUNSEL FOR   3   Case Nos. C 08-1190-SI, C 08-1184-SI
PLTF AND NOT OF APP OF NEW COUNSEL