| | |
|---|---|
| 1 | STEVEN H. GURNEE, ESQ. SB# 66056 |
| | DAVID M. DANIELS, ESQ. SB# 170315 |
| 2 | NICHOLAS P. FORESTIERE, SB# 125118 |
| | JOHN A. MASON, ESQ. SB# 166996 |
| 3 | GURNEE & DANIELS LLP |
| | 2240 Douglas Boulevard, Suite 150 |
| 4 | Roseville, CA  95661-3805 |
| | Telephone     (916) 797-3100 |
| 5 | Facsimile      (916) 797-3131 |
| 6 | Attorneys for Defendants |
| 7 | ALDERWOODS GROUP, INC., PAUL |
| 8 | HOUSTON, SERVICE CORPORATION INTERNATIONAL, SCI FUNERAL AND |
| 9 | CEMETERY PURCHASING COOPERATIVE, INC., SCI EASTERN MARKET SUPPORT |
| 10 | CENTER, L.P., SCI WESTERN MARKET |
| 11 | SUPPORT CENTER, L.P. and SCI HOUSTON MARKET SUPPORT CENTER, L.P. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM HELM, et al., on behalf of themselves and all other employees and former employees similarly situated, <br><br>      Plaintiffs, <br>vs. <br><br>ALDERWOODS GROUP, INC. et al. <br><br>      Defendants. | CASE NO. 3:08-cv-01184  SI <br><br>**[PROPOSED] ORDER CONTINUING HEARING ON MOTIONS TO DISMISS AND SCHEDULING MOTION TO COMPEL** |

Pursuant to the Stipulation of counsel and good cause appearing, the Court orders as follows:

1. Defendants shall serve supplemental responses to Interrogatories Nos. 4-11, 14-15,

[PROPOSED] ORDER CONTINUING HEARING ON MOTIONS TO DISMISS AND
SCHEDULING MOTION TO COMPEL                                                                                                          1
Case No.:  3:08-CV-01184 SI

1  17-19, and 21-23 and to Document Requests Nos. 2-9, 12-13, 15-17, 19-21, as well as any other
2  supplemental responses Defendants intend to provide, on or before January 23, 2009.
3        2.      Following such production, the parties will meet and confer and, no later than
4  January 30, 2009, will submit a joint report notifying the Court either that Plaintiffs intend to file a
5  Motion to Compel or submitting a proposal as to when the Motions to Dismiss should be heard.
6        3.      Should Plaintiffs elect to file a Motion to Compel, the Court will hear argument on
7  Plaintiffs' Motion to Compel on March 20, 2009, or on such other date as the Court shall
8  determine.
9        4.      Plaintiffs' Motion to Compel shall be due not less than 35 days prior to the hearing
10 date, Defendant's opposition shall be due not less than 21 days before the hearing date, and
11 Plaintiffs' reply shall be due not less than 14 days before the hearing date.
12       5.      The hearing on Defendants' Motions to Dismiss and the Further Case Management
13 Conference, both of which are currently scheduled for February 20, 2009, shall be continued to a
14 date to be determined at the hearing on any Motions to Compel.    Hearings continued to 3/20/09

**IT IS SO ORDERED:**

_____
The Honorable Susan Illston

**AGREED TO:**

| | |
|---|---|
| /s/ Annette Gifford | /s/ Nicholas P. Forestiere |
| Dolin, Thomas & Solomon LLP | Gurnee & Daniels LLP |
| 693 East Avenue | 2240 Douglas Boulevard, Suite 150 |
| Rochester, New York 14607 | Roseville, California 95661 |
| Telephone: (585) 272-0540 | Telephone: (916) 797-3100 |
| | |
| Attorneys for Plaintiffs | Attorneys for Defendant Service Corporation International |

[PROPOSED] ORDER CONTINUING HEARING ON MOTIONS TO DISMISS AND
SCHEDULING MOTION TO COMPEL                                      2
Case No.: 3:08-CV-01184 SI