1  BURNHAM BROWN
   Robert M. Bodzin, State Bar No. 201327
2  P.O. Box 119
   Oakland, CA 94604
3  Telephone: (510) 835-6833
   Facsimile:  (510) 835-6666
4  rbodzin@BurnhamBrown.com

5  Attorneys for Plaintiffs

6  [Additional Counsel Appear on Signature Page]

7
                    UNITED STATES DISTRICT COURT
8
                   NORTHERN DISTRICT OF CALIFORNIA
9

10

11 | WILLIAM HELM, DEBORAH PRISE, | ) | CASE NO.  3:08-CV-01184 SI |
   | HEATHER P. RADY, et al., on behalf of | ) | |
12 | themselves and all other employees and former | ) | |
   | employees similarly situated, | ) | |
13 |  | ) | **[PROPOSED] ORDER CONTINUING** |
   | Plaintiffs, | ) | **CASE MANAGEMENT CONFERENCE** |
14 |  | ) | |
   | v. | ) | |
15 |  | ) | |
   | ALDERWOODS GROUP, INC., | ) | |
16 |  | ) | |
   | Defendant. | ) | |
17 |  | ) | |
   |  | ) | |
18 |  | ) | |
   |  | ) | |
19

20     Pursuant to the Stipulation of counsel and good cause appearing, the Court hereby orders as

21 follows:

22     1.    The date for the further Case Management Conference, previously set for July 30,

23 2010 is moved to **September 10, 2010 at 3:00 p.m.**

24

25

26

27

28
   [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
                                     1

   Case No.:  3:08-CV-01184 SI

**IT IS SO ORDERED:**

*/s/ Susan Illston*

———————————————
Honorable Susan Illston
United States District Court

**AGREED TO:**

Dated: July 21, 2010

By:  /s/ Sarah Cressman
   J. Nelson Thomas (*pro hac vice*)
   Patrick J. Solomon (*pro hac vice*)
   Annette Gifford (*pro hac vice*)
   Sarah Cressman (*pro hac vice)*
   THOMAS & SOLOMON LLP
   693 East Avenue
   Rochester, NY  14607
   Telephone:  585-272-0540
   Facsimile:  585-272-0574

   Robert M. Bodzin, State Bar No. 201327
   BURNHAM BROWN
   P.O. Box 119
   Oakland, CA 94604
   Telephone: (510) 835-6833
   Facsimile:  (510) 835-6666

   Charles H. Saul (*pro hac vice*)
   Liberty J. Weyandt (*pro hac vice pending*)
   Kyle T. McGee (*pro hac vice*)
   MARGOLIS EDELSTEIN
   525 William Penn Place
   Suite 3300
   Pittsburgh, PA 15219
   Telephone:  412-281-4256
   Facsimile:  412-642-2380

   Counsel for Plaintiffs

By:  /s/ John A. Mason
   Steven H. Gurnee
   Nicholas P. Forestiere
   John A. Mason
   GURNEE & DANIELS LLP
   2240 Douglas Blvd, Suite 150
   Roseville, CA 95648
   Telephone:  916-797-3100
   Facsimile:  916-797-3131

   Counsel for Defendant

[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
2

Case No.:  3:08-CV-01184 SI