1  BURNHAM BROWN
   Robert M. Bodzin, State Bar No. 201327
2  P.O. Box 119
   Oakland, CA 94604
3  Telephone: (510) 835-6833
   Facsimile:  (510) 835-6666
4  rbodzin@BurnhamBrown.com

5  Attorneys for Plaintiffs

6  [Additional Counsel Appear on Signature Page]

7
8                          UNITED STATES DISTRICT COURT
9                         NORTHERN DISTRICT OF CALIFORNIA

10

11 | WILLIAM HELM, DEBORAH PRISE,                  ) CASE NO.  3:08-CV-01184 SI
   | HEATHER P. RADY, et al., on behalf of         )
12 | themselves and all other employees and former )
   | employees similarly situated,                 )
13 |                                               ) **[PROPOSED] ORDER CONTINUING**
   |                    Plaintiffs,                ) **CASE MANAGEMENT CONFERENCE**
14 |                                               )
   | v.                                            )
15 |                                               )
   | ALDERWOODS GROUP, INC.,                       )
16 |                                               )
   |                    Defendant.                 )
17 |                                               )
   |                                               )
18 |                                               )
   |_____)
19

20     Pursuant to the Stipulation of counsel and good cause appearing, the Court hereby orders as
21 follows:

22     1.     The date for the further Case Management Conference, previously set for December
23 16, 2010 is continued to **February 18, 2011 at 3:00 p.m.**

24

25

26

27

28
   [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
                                     1

   Case No.:  3:08-CV-01184 SI

**IT IS SO ORDERED:**

Dated: _____     _____
                              Honorable Susan Illston
                              United States District Court

[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
2

Case No.: 3:08-CV-01184 SI